DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT LEE ANTHONY, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2982

[April 1, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy Lawrence Bailey, Judge; L.T. Case No. 062021CF000055A88810.

Daniel Eisinger, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Zi Jin Peter Chan, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Saintiler v. State*, 109 So. 3d 303, 304 (Fla. 4th DCA 2013) (holding a motion to withdraw plea is facially insufficient where the defendant fails to allege that "he would not have entered the plea and would have insisted on going to trial had he been properly informed" (citations omitted)); *State v. S.S.*, 40 So. 3d 6, 9 (Fla. 4th DCA 2010) (upholding trial court's ruling allowing plea to be withdrawn where the juvenile both pled and proved she would not have entered a plea had she been properly advised of the consequences thereby establishing the requisite prejudice).

GROSS, CIKLIN and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***